ORIGINAL

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| STALLION OILFIELD SERVICES LTD., | ) | Case No. 09-13562 (BLS) |
| Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. 74-3072101 | ) | **Re: Docket No. 2** |
| In re: | ) | Chapter 11 |
| CENTRAL INDUSTRIES, INC., | ) | Case No. 09-13573 (BLS) |
| Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. 72-0443594 | ) | **Re: Docket No. 2** |
| In re: | ) | Chapter 11 |
| SALTY'S DISPOSAL WELLS, LP, | ) | Case No. 09-13564 (BLS) |
| Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. 01-0900682 | ) | **Re: Docket No. 2** |
| In re: | ) | Chapter 11 |
| SALTY'S MANUFACTURING, LTD., | ) | Case No. 09-13563 (BLS) |
| Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. 01-0900679 | ) | **Re: Docket No. 2** |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| STALLION ACQUISITION, LLC, | ) Case No. 09-13571 (BLS) |
| | ) |
| Debtor. | ) Joint Administration Requested |
| | ) |
| Tax I.D. No. 20-2202495 | ) **Re: Docket No. 2** |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| STALLION HEAVY HAULERS, LP, | ) Case No. 09-13568 (BLS) |
| | ) |
| Debtor. | ) Joint Administration Requested |
| | ) |
| Tax I.D. No. 42-1693203 | ) **Re: Docket No. 2** |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| STALLION INTERESTS, LLC, | ) Case No. 09-13577 (BLS) |
| | ) |
| Debtor. | ) Joint Administration Requested |
| | ) |
| Tax I.D. No. 83-0344416 | ) **Re: Docket No. 2** |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| STALLION OFFSHORE QUARTERS, INC., | ) Case No. 09-13575 (BLS) |
| | ) |
| Debtor. | ) Joint Administration Requested |
| | ) |
| Tax I.D. No. 72-1377410 | ) **Re: Docket No. 2** |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| STALLION OILFIELD CONSTRUCTION, LLC, | ) Case No. 09-13574 (BLS) |
| | ) |
| Debtor. | ) Joint Administration Requested |
| | ) |
| Tax I.D. No. 20-2061600 | ) **Re: Docket No. 2** |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| STALLION OILFIELD FINANCE CORP., | ) Case No. 09-13570 (BLS) |
| Debtor. | ) Joint Administration Requested |
| Tax I.D. No. 43-2117114 | ) **Re: Docket No. 2** |
| In re: | ) Chapter 11 |
| STALLION OILFIELD HOLDINGS GP, LLC, | ) Case No. 09-13578 (BLS) |
| Debtor. | ) Joint Administration Requested |
| Tax I.D. No. 57-1217889 | ) **Re: Docket No. 2** |
| In re: | ) Chapter 11 |
| STALLION OILFIELD HOLDINGS, LTD., | ) Case No. 09-13576 (BLS) |
| Debtor. | ) Joint Administration Requested |
| Tax I.D. No. 57-1217890 | ) **Re: Docket No. 2** |
| In re: | ) Chapter 11 |
| STALLION OILFIELD SERVICES, INC., | ) Case No. 09-09-13561 (BLS) |
| Debtor. | ) Joint Administration Requested |
| Tax I.D. No. 72-1618455 | ) **Re: Docket No. 2** |
| In re: | ) Chapter 11 |
| STALLION PRODUCTION SERVICES, LP, | ) Case No. 09-13566 (BLS) |
| Debtor. | ) Joint Administration Requested |
| Tax I.D. No. 45-0562038 | ) **Re: Docket No. 2** |

| | |
|---|---|
| In re: | ) Chapter 11 |
| STALLION PRODUCTION, LLC, | ) Case No. 09-13565 (BLS) |
| Debtor. | ) Joint Administration Requested |
| Tax I.D. No. 45-0562040 | ) **Re: Docket No. 2** |
| In re: | ) Chapter 11 |
| STALLION ROCKIES LTD., | ) Case No. 09-13567 (BLS) |
| Debtor. | ) Joint Administration Requested |
| Tax I.D. No. 20-2119473 | ) **Re: Docket No. 2** |
| In re: | ) Chapter 11 |
| STALLION SOLIDS CONTROL, INC., | ) Case No. 09-13569 (BLS) |
| Debtor. | ) Joint Administration Requested |
| Tax I.D. No. 76-0604425 | ) **Re: Docket No. 2** |
| In re: | ) Chapter 11 |
| STALLION STABLES, LLC, | ) Case No. 09-13572 (BLS) |
| Debtor. | ) Joint Administration Requested |
| Tax I.D. No. 80-0177522 | ) **Re: Docket No. 2** |

## ORDER DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES OF STALLION

Upon the motion (the "Motion"), dated October 19, 2009, of Stallion[1] for entry of an order (this "Order"), directing the joint administration of Stallion's related chapter 11 cases, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Stallion estates, its creditors, and other parties in interest; and the Court having found that Stallion provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 09-13562 (BLS).

3. The caption of the jointly administered cases shall read as follows:

---

[1] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STALLION OILFIELD SERVICES LTD., *et al.*,[1] | ) | Case No. 09-13562 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

4. An entry shall be made on the docket of each of Stallion's cases, other than that of Stallion Oilfield Services Ltd., that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of: Stallion Oilfield Services Ltd.; Central Industries, Inc.; Salty's Disposal Wells, LP; Salty's Manufacturing, Ltd.; Stallion Acquisition, LLC; Stallion Heavy Haulers, LP; Stallion Interests, LLC; Stallion Offshore Quarters, Inc.; Stallion Oilfield Construction, LLC; Stallion Oilfield Finance Corp.; Stallion Oilfield Holdings GP, LLC; Stallion Oilfield Holdings, Ltd.; Stallion Oilfield Services, Inc.; Stallion Production Services, LP; Stallion Production, LLC; Stallion Rockies Ltd.; Stallion Solids Control, Inc.; and Stallion Stables, LLC. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 09-13562 (BLS).

5. Stallion shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, include: Stallion Oilfield Services Ltd. (2101); Central Industries, Inc. (3594); Salty's Disposal Wells, LP (0682); Salty's Manufacturing, Ltd. (0679); Stallion Acquisition, LLC (2495); Stallion Heavy Haulers, LP (3203); Stallion Interests, LLC (4416); Stallion Offshore Quarters, Inc. (7410); Stallion Oilfield Construction, LLC (1600); Stallion Oilfield Finance Corp. (7114); Stallion Oilfield Holdings GP, LLC (7889); Stallion Oilfield Holdings, Ltd. (7890); Stallion Oilfield Services, Inc. (8455); Stallion Production Services, LP (2038); Stallion Production, LLC (2040); Stallion Rockies Ltd. (9473); Stallion Solids Control, Inc. (4425); and Stallion Stables, LLC (7522). The location of Stallion's corporate headquarters and the service address for its affiliates is: 950 Corbindale Road, Suite 300, Houston, Texas 77024.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

7. Stallion is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

Dated: October 20, 2009
      Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

7

RLF1-3450761-1